UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 25-3567 FMO (PDx) | Date | April 24, 2025 |
|---|---|---|---|
| Title | Cerre Francis v. Ciele Cosmetics, Inc. | | |

Present: The Honorable    Fernando M. Olguin, United States District Judge

| Vanessa Figueroa | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorney Present for Plaintiff(s):    Attorney Present for Defendant(s):

None Present    None Present

**Proceedings:**    (In Chambers) Order to Show Cause Re: Jurisdiction

On April 22, 2025, Cerre Francis ("plaintiff") filed this action against Ciele Cosmetics, Inc. ("defendant"). (See Dkt. 1, Complaint). Subject matter jurisdiction is premised on diversity jurisdiction. (See id. at ¶ 6). When federal subject matter jurisdiction is predicated on diversity of citizenship, complete diversity must exist between the opposing parties. See Caterpillar Inc. v. Lewis, 519 U.S. 61, 68, 117 S.Ct. 467, 472 (1996) (stating that the diversity jurisdiction statute, 28 U.S.C. § 1332(a), "applies only to cases in which the citizenship of each plaintiff is diverse from the citizenship of each defendant").

However, plaintiff has alleged that both she and defendant are citizens of California. (See Dkt. 1, Complaint at ¶¶ 4-5); 28 U.S.C. § 1332(c)(1). Plaintiff has therefore failed to put forth sufficient allegations to establish complete diversity of citizenship between the parties. Accordingly, IT IS ORDERED that no later than **April 30, 2025,** plaintiff shall show cause in writing why her action should not be dismissed without prejudice for lack of subject matter jurisdiction. **Failure to do so by the deadline set forth above shall be deemed as consent to the dismissal of the action without prejudice.** Plaintiff's Ex Parte Application for Temporary Restraining Order will remain pending the court's determination as to whether or not it has subject matter jurisdiction over this action.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | VDR | | |